UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Beth Kljajich, et al.
                               Plaintiff,

v.                                                   Case No.: 1:15–cv–05980
                                                             Honorable Amy J. St. Eve

Whirlpool Corporation
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to plaintiffs' notice of dismissal, all claims by plaintiff Francisco Vargas are dismissed with prejudice, with each party to bear its own costs. Francisco Vargas terminated. Rule 26(a)(1) disclosures shall be exchanged by 8/21/15. Written fact discovery regarding class opens on 8/28/15. Status hearing set for 8/27/2015 at 08:30 AM in courtroom 1241. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.