Beth Kljajich, et al.

                          Plaintiff,

v.                                                    Case No.: 1:15–cv–05980
                                                      Honorable Amy J. St. Eve

Whirlpool Corporation

                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2016:

        MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/14/2016 and continued to 8/22/2016 at 01:00 PM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.