UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Beth Kljajich, et al.
                    Plaintiff,
v.                                                                       Case No.: 1:15−cv−05980
                                                                        Honorable Amy J. St. Eve
Whirlpool Corporation
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2016:

      MINUTE entry before the Honorable Young B. Kim: Status hearing held by phone and continued to August 10, 2016, at 1:30 p.m. by phone. As discussed, individual Plaintiffs are excused from having to appear in person for the scheduled settlement conference. Plaintiffs are to revise Section V of their settlement position statement and submit the same to the court (proposed_order_kim@ilnd.uscourts.gov) and to Defendant by August 5, 2016. At the next status hearing, a decision will be made whether to move forward with the scheduled settlement conference. Parties are to use the same call−in information. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.