# EXHIBIT 24

| Store | iSell nr | 152427378 | Creation date | 8/12/2013 |
|---|---|---|---|---|
| Schaumburg (210) | | | Estimated Delivery | 9/10/2013 |
| | | | Timeslot | 9:00 AM-9:00 PM |

| Qty | Description | Art Nr | Price | Total |
|---|---|---|---|---|
| 2 | PERF ÄDEL PLINTH 88X4" MBRN NA | 200.385.06 | 15.00 | 30.00 |
| 4 | PERF ÄDEL RND DECO STRIP 87" MBRN | 100.211.44 | 34.00 | 136.00 |
| 3 | PERF PLINTH 88X4" SS COL NA | 001.451.97 | 15.00 | 45.00 |
| | Misc | | | |
| 7 | INTEGRAL DR DMPR F HINGE 2PK | 801.262.13 | 4.99 | 34.93 |
| 2 | AKURUM SUSP RL GALV | 846.754.00 | 6.00 | 12.00 |
| 10 | AK NN LEG BLK 4PK NA | 300.763.19 | 6.00 | 60.00 |
| 2 | AVSIKT N ROLLFRNT CB24X57WH/ALUM NA | 401.584.42 | 299.00 | 598.00 |
| 1 | DOMSJÖ DBL BOWL 36 5/8X27" WHT NA | 900.625.88 | 299.00 | 299.00 |
| 1 | ATLANT SINK STRAINER NA | 900.560.21 | 6.99 | 6.99 |
| 1 | ÄDEL DR 24X30 " MBRN NA | 401.159.85 | 114.00 | 114.00 |
| | Appliances | | | |
| 1 | NUTID INDUCTION CKTP 30X20" BLK NA | 501.826.20 | 999.00 | 999.00 |
| 1 | DÅTID OVEN 30X29" SS NA | 501.822.05 | 799.00 | 799.00 |
| 1 | DÅTID MICRO OVN 30" SS NA | 301.824.71 | 599.00 | 599.00 |
| 1 | RENLIG INTEGRATD DISHWSHR BLK NA | 601.423.70 | 699.00 | 699.00 |
| 1 | NUTID FRDG+FRZR 25 CU. FT. SS NA | 501.840.87 | 1,499.00 | 1,499.00 |

If you make payment today, your merchandise will be shipped from our central warehouse. Because the goods are not stored onsite, changes to the order cannot be made. Please note all totals are EXCLUDING relevant taxes unless shown otherwise. Collection of your email address is only used to update on order status or respond to your inquiry. To sign up for events or promotions, please visit www.ikea.com. Thank you for shopping at IKEA.

The currency for all amounts is, if nothing else is stated (USD)

| | |
|---|---|
| Goods value | 10,607.67 |
| Freight | 59.00 |
| Total amount | 10,666.67 |
| Pay latest 8/12/2013 | 10,666.67 |

Date_____ Signature_____



tabbies EXHIBIT 1
Kljajic
4-19-16

Page 4 / 4

KLJAJIC0000003